

APR 1 1 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK
**S. MARTIN-GILL**



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SARITH CHIM, ET AL.,<br><br>　　　　　Defendants. | ) CASE NO. 1: 1 3 CR 0 0 1 3 6    AWI BAM<br>)<br>) ORDER RE:  EX PARTE MOTION TO SEAL<br>) INDICTMENT PURSUANT TO RULE 6(e),<br>) RULES OF CRIMINAL PROCEDURE<br>)<br>)<br>)<br>).<br>) |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment

filed herein is sealed until further order of this Court.

DATED:  April 11, 2013

_____
U.S. MAGISTRATE JUDGE

Motion and Order to Seal Indictment