1  BENJAMIN B. WAGNER
   United States Attorney
2  GRANT B. RABEEN
   Assistant U.S. Attorneys
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California  93721
   Telephone:  (559) 497-4000

FILED
APR 17 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:13-CR-136 AWI/BAM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER RE: MOTION TO UNSEAL |
| v. | ) | INDICTMENT |
| | ) | |
| SARTIH CHIM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on April 11, 2013 be unsealed.

DATED: 4-17-13               _____
                              U.S. MAGISTRATE JUDGE

2