We WAO 199A (Rev. 12/11- EDCA [Fresno]) Order Setting Conditions of Release                    Page 1 of    3    Pages

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of California

**FILED**

SEP 1 1 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,        )
                                 )
                    v.           )
                                 )     Case No.      1:13-cr-00136 AWI BAM
SARITH CHIM,                     )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:    U. S. District Court, 2500 Tulare Street, Fresno, CA
_____
                                                *Place*

7ᵗʰ Foor, Courtroom 3, before Magistrate Judge McAuliffe
_____

on  _____ November 12, 2013 at 1:00 p.m. _____
                                          *Date and Time*

If blank, defendant will be notified of next appearance.

(5)  The defendant must sign an Appearance and Compliance Bond, if ordered.


**\*\*\*\*DEFENDANT TO BE RELEASED AT 8:00 A.M. ON THURSDAY, SEPTEMBER 12, 2013\*\*\*\***

CHIM, Sarith
Dkt. No. 13-0138

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(X)  (7)  The defendant is placed in the custody of:

Name of person or organization  <u>Sarong Chao</u>

who agrees (a) to supervise the defendant in accordance with all conditions of release,
(b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _____
CUSTODIAN OR PROXY

(X)  (8)  The defendant shall:

(X)  (a)  <u>report on a regular basis to the following agency:</u>
<u>Pretrial Services and comply with their rules and regulations;</u>
(X)  (b)  <u>report in person to the Pretrial Services Agency immediately upon your release from custody;</u>
(X)  (c)  <u>cooperate in the collection of a DNA sample;</u>
(X)  (d)  <u>Reside at a location approved by the PSO, and not move or be absent from this residence without  prior approval</u>
<u>of PSO; travel restricted to the Eastern District of CA, unless otherwise approved in advance by PSO.</u>
(X)  (e)  <u>report any contact  with law enforcement to your PSO within 24 hours;</u>
( )  (f)  be released to the third-party of          and you shall reside at and participate in the          , as directed by program
staff and Pretrial Services;
(X)  (g)  <u>not associate or have any contact with: any codefendant, except your immediate family, or any criminal street-gang</u>
<u>members or associates; and, when associating with family, your are not to discuss this case, unless in the presence</u>
<u>of counsel or otherwise approved in advance by the PSO;</u>
(X)  (h)  <u>maintain or actively seek employment, and provide proof thereof to the PSO, upon request.</u>
(X)  (i)  <u>refrain from possessing a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you</u>
<u>shall provide written proof of divestment of all firearms/ammunition, currently under your control;</u>
(X)  (j)  <u>submit to drug or alcohol testing as approved by the Pretrial Services Officer. You shall pay all or part of the costs</u>
<u>of the testing services based upon your ability to pay, as determined by the Pretrial Services Officer.</u>
(X)  (k)  <u>refrain from (excessive) use of alcohol, or any use of a narcotic drug or other controlled substance without a</u>
<u>prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed</u>
<u>medication(s). However, medical marijuana, prescribed (or not, may not be used.</u>
( )  (l)  participate in a program of medical or psychiatric treatment including treatment for drug ro alcohol dependency, as
approved by the PSO; you shall pay all or part of the costs of the counseling services based upon your ability to pay, as
determined by the PSO;
( )  (m)  take all medications as prescribed by a licensed medical practitioner;
( )  (n)  report any prescriptions to the PSO within 48 hours of receipt.
(X)  (o)  <u>not obtain a passport or other traveling documents during the pendency of this case.</u>
(X)  (p)  <u>executed a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of</u>
<u>release, the following sum of money or designated property: A total equity property bond, not less than $150,000,</u>
<u>secured by equity in property owned by Sarin Chim in Yucca Valley, CA; and, Ra "Patricia" Chim and Poun Keo</u>
<u>in Buena Park, CA.</u>
(X)  (q)  <u>participate in the following Location Monitoring program component and abide by all the requirements of the</u>
<u>program, which will include having a location monitoring unit installed in your residence and a radio frequency</u>
<u>transmitter device attached to your person. You shall comply with all instructions for the use and operation of said</u>
<u>devices as given to you by the Pretrial Services Agency and employees of the monitoring company.  You shall pay</u>
<u>all or part of the costs of the program based upon your ability to pay as determined by the PSO.</u>
<u>Home Detention.  You are restricted to your residence at all times except for employment; education; religious</u>
<u>services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered</u>
<u>obligations;  or other activities pre-approved by the PSO;</u>
(X)  (r)  <u>Your release on bond shall he delayed until 8:00 a.m., on the morning of the first business day following the posting</u>
<u>of the property bond ordered in this matter.</u>

(Copies to:  Defendant, US Attorney, US Marshal, Pretrial Services)

13cr136   Sarrth Chim

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTION:

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 USC §3148, and a prosecution for contempt as provided in 18 USC §401 which could result in a possible term of imprisonment and/or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not less than two years nor more than ten years, if the offense is a felony; or a term of imprisonment of not less than ninety days nor more than ninety days  or more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

18 USC §1503 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 USC §1510 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to obstruct a criminal investigation; 18 USC §1512 makes it a criminal offense punishable by up to ten years in prison and a $250,000 fine to tamper with a witness, victim or informant; and 18 USC §1513 makes it a criminal offense punishable by up to ten years in jail and a $250,00 fine to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 USC §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for;

(1)     an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2)     an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not ore than five years, or both;

(3)     any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)     a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

## DIRECTIONS TO UNITED STATES MARSHAL

(X)     The defendant is ORDERED released after processing.

( )     The United States Marshal is ORDERED to keep the defendant in custody until notified by the Clerk of Judicial Officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate Judicial Officer at the time and place specified, if still in custody.

DATE:   9-11-2013

_____
Sheila K. Oberto, U.S. Magistrate Judge
Michael J. Seng