# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
DEC 24 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

United States of America )
vs. ) Case No. 1:13CR00136 (001)   AWI
)
Sarith Chim )

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Sarith Chim_____, have discussed with _____Montgomery L. Olson_____, Pretrial Services Officer, modifications of my release conditions as follows:

Remove the conditions of release requiring the defendant to be subject to home detention and electronic monitoring; however, the defendant shall continue to make monthly payments to BI Monitoring until his outstanding bill for all electronic monitoring services provided by the vender is paid in full.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   12-23-13   _____   12-23-13
Signature of Defendant      Date       Signature of Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                              12/24/13
Signature of Assistant U.S. Attorney               Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                              12/23/13
Signature of Defense Counsel                       Date

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective   12/24/13
☐ The above modification of conditions of release is *not* ordered.

_____                              12/24/13
Judicial Officer Signature                         Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services