**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
SARITH CHIM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00136-001-AWI |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE |
| SARITH CHIM, | |
| Defendant. | |

**TO:   THE HONORABLE MAGISTRATE JUDGE BARBARA A. MCAULIFFE, AND TO UNITED STATES ATTORNEY BENJAMIN WAGNER AND HIS REPRESENTATIVE, ASSISTANT UNITED STATES ATTORNEY GRANT RABENN:**

On April 22, 2013, Defendant, Sarith Chim made his initial appearance before this Court on an indictment filed in the Eastern District of California charging him with conspiracy to manufacture, distribute, and possess with intent to distribute a controlled substance, structuring conspiracy, and structuring.  Mr. Chim was released on a Property Bond in September 2013 and in the custody of a third party, Ms. Sarong Chao, under conditions set by this Court.

Mr. Chim has admitted to the use of methamphetamine.  It is requested that Mr. Chim participate in outpatient treatment and increased testing.

United States Pretrial Services Officer Dan Stark has advised defense counsel that he

---
1
STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE

does not object to a modification of Mr. Chim's conditions of release.

Accordingly, the parties agree and stipulate that Mr. Chim's conditions of release should be modified as follows:  Defendant shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.  Defendant shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer. All prior ordered conditions of release remain in full force and effect.

**IT IS SO STIPULATED**.

Respectfully submitted,

DATED:    October 3, 2014        By:  */s/Grant Rabenn*
                                      GRANT RABENN
                                      Assistant United States Attorney


DATED:    October 3, 2014        By:  */s/Anthony P. Capozzi*
                                      ANTHONY P. CAPOZZI
                                      Attorney for Defendant SARITH CHIM


## ORDER

For reasons set forth above, the Defendant's conditions of pretrial release shall be modified as follows: **Defendant shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.  Defendant shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.** All prior ordered conditions of release remain in full force and effect.

IT IS SO ORDERED.

Dated:  **October 6, 2014**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE