(SPACE BELOW FOR FILING STAMP ONLY)

**ANTHONY P. CAPOZZI, SBN 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., STE. 102
FRESNO, CALIFORNIA 93711
PHONE (559) 221-0200
FAX (559) 221-7997
EMAIL: anthony@capoozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant
SARITH CHIM

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00136-AWI |
| Plaintiff, | |
| v. | REQUEST AND ORDER TO EXONERATE BOND |
| SARITH CHIM, | |
| Defendant. | |

Defendant, SARITH CHIM, by and through his attorney of record, Anthony P. Capozzi, hereby requests that the following property posted as collateral in the above referenced matter be exonerated and the Deeds returned.

1. Sarin Chim and Salynna Sok, Deed No. 2013-0387827 – Docket #167 (filed September 11, 2013).

2. Poun Keo and Trisha R. Keo, Deed No. 2013000527569 – Docket #170 (filed September 16, 2013).

Respectfully submitted,

DATED:  December 30, 2014   By:  */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for SARITH CHIM

**ORDER**

IT IS HEREBY ORDERED that the property bonds posted in the above entitled matter are exonerated and returned to the designated parties.

IT IS SO ORDERED.

Dated:   December 31, 2014

_____
SENIOR DISTRICT JUDGE