**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendants,
SARITH CHIM and SAY ENG

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>SARITH CHIM and SAY ENG,<br><br>         Defendants. | Case No.: 1:13-CR-00136-001-AWI<br><br>*AMENDED* STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA<br><br>**Date:** May 18, 2015<br>**Time:** 10:00 a.m.<br>**Place:** Courtroom 2 |

IT IS HEREBY STIPULATED by the parties hereto, through their respective attorneys of record, that the Change of Plea hearing, presently set for May 18, 2015, at 10:00 a.m., be continued to June 22, 2015, at 10:00 a.m.

Additionally, counsel for Sarith Chim and Say Eng and Assistant United States Attorney Grant Rabenn are working on a resolution of this case, but need additional time to review discovery, case preparation and plea negotiations, until at least June 22, 2015, to resolve this case.

Based on the above-stated findings, the ends of justice served by continuing this change of plea as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 18, 2015, through June 22,

2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED**.

Respectfully submitted,

DATED: May 14, 2015   By: */s/Grant Rabenn*
GRANT RABENN
Assistant United States Attorney

DATED: May 14, 2015   By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendants SARITH CHIM and SAY ENG

## ORDER

**IT IS SO ORDERED.** Good cause having been shown, the Change of Plea set for May 18, 2015, is hereby continued to June 22, 2015, at 10:00 a.m. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: May 14, 2015

_____
SENIOR DISTRICT JUDGE