PHILLIP A. TALBERT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:13-CR-00136-AWI-BAM |
| ) | |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| SARITH CHIM, ) | |
| SDEY CHIM, ) | |
| DAVID RUEM, ) | |
| CHANRATH YIM YATH, ) | |
| CHANROU YATH, ) | |
| PHALLY THACH, ) | |
| RAEB CHOU, ) | |
| CHANTHA CHIM, ) | |
| PHARY DAVID CHIM, ) | |
| CINDY DOEUM, ) | |
| LOC HUU CHAU, and ) | |
| SAY ENG, ) | |
| ) | |
| Defendants. ) | |

WHEREAS, on or about December 16, 2013, January 28, 2014, February 13, 2014, February 27, 2014, March 12, 2014, March 27, 2014, May 21, 2014, August 21, 2014, December 9, 2014, February 23, 2015, August 4, 2015, and September 28, 2015 the Court entered Preliminary Orders of Forfeiture and Orders for Forfeiture Money Judgment, forfeiting to the United States all right, title, and interest of defendants Sarith Chim, Sdey Chim, David Ruem, Chanrath Yim Yath,

Final Order of Forfeiture
1

Chanrou Yath, Phally Thach, Raeb Chou, Chantha Chim, Phary David Chim, Cindy Doeum, and Loc Huu Chau in the following property:

    a. $147,900 in U.S. Currency seized from safe deposit box located at Bank of America branch in Modesto, California, held in the name of Say Eng and Sdey Chim;

    b. $7,500 in U.S. Currency seized from an U.S. Express Mail envelope en route from Lowell, Massachusetts to Modesto, California;

    c. Yugo 59/60 model semi-automatic firearm with serial number K423900, and ammunition located inside magazine;

    d. Norinco SKS model semi-automatic firearm with serial number 013018-DB013018;

    e. Savage Arms Mark 2 model semi-automatic firearm with serial number 0461075;

    f. Ruger 10-22 model semi-automatic firearm with serial number 24292833;

    g. Winchester 68-22 model firearm with unknown serial number;

    h. Norinco 90 model 12-gauge shotgun with serial number 0028157;

    i. Sterling Arms CASSI model grease gun style firearm with serial number 586960215SC2626;

    j. Phoenix Arms HP22 model firearm with serial number 4173214;

    k. Smith & Wesson Air-weight 38 special model firearm with serial number 27050, and ammunition located inside magazine;

    l. Smith & Wesson Air-weight 38 special model firearm with

   serial number 27050, and ammunition located inside magazine;

 m. Taurus PT 247 pRO model firearm with serial number NZA81494, and ammunition located inside magazine;

 n. Gabilondo Llama 9mm firearm with serial number 212778;

 o. Phoenix Arms HP22 model firearm with serial number 4097953, and ammunition located inside magazine;

 p. Colt Automatic 22 model firearm with serial number 38829;

 q. Ruger Mark 3 model firearm with serial number 22712865;

 r. Springfield Armory xd 9 model firearm with serial number US862231, and ammunition located inside magazine;

 s. Para Ordinance C7-45LDA model firearm with serial number CC1428, and ammunition located inside magazine.

 t. Norinco 54-1 model firearm with serial number 5011651;

 u. Smith & Wesson 38+P model firearm with serial number 5001502, and ammunition located inside magazine;

 v. Glock 22 model firearm with serial number GVN475, and ammunition located inside magazine;

 w. FNMI 49 model firearm with serial number 517MM10580;

 x. Mach 10 Cobray model upper part with unknown serial number;

 y. Glock 21 pistol with obliterated serial number;

 z. Remington 870 shotgun with serial number D693276M;

 aa.  Apple Desktop SN QP0370SVDNP;

 bb.  Apple Desktop SN W89133646X1;

 cc.  Dell Tower 300 SN4HWHZ61;

 dd.  HP Laptop SN CND8511SGO;

 ee.  Canon Printer SN GFX80G1;

       ff.    A personal money judgment against CHANTHA CHIM in the amount of $81,608.00;

       gg.    A personal money judgment against RAEB CHOU in the amount of $155,600.00;

       hh.    A personal money judgment against PHALLY THACH in the amount of $140,489.00;

       ii.    A personal money judgment against CHANRATH YIM YATH in the amount of $493,305.00;

       jj.    A personal money judgment against DAVID RUEM in the amount of $145,250.00;

       kk.    A personal money judgment against LOC HUU CHAU in the amount of $51,400.00;

       ll.    A personal money judgment against CHANROU YATH in the amount of $712,792.49, and

       mm.    A personal money judgment against SARITH CHIM in the amount of $166,770.00.

AND WHEREAS, beginning on January 25, 2014, February 9, 2014, February 28, 2014, March 12, 2014, March 21, 2014, April 12, 2014, August 27, 2014, April 15, 2015, August 22, 2015, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (6) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeiture property;

AND WHEREAS, on October 21, 2016, the United States sent direct written notice by certified mail to the following individuals known

Final Order of Forfeiture
4

to have an alleged interest in the above-described property:

    a. Say Eng;

    b. Chande Chim;

    c. Anthony P. Capozzi, attorney for Say Eng in the instant criminal matter;

    d. Nick Migliaccio, attorney for Say Eng and Chande Chim in the administrative forfeiture action; and,

    e. Boroth Chay, attorney for Say Eng and Chande Chim in the administrative forfeiture action.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired;

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853, 28 U.S.C. § 2461(c), 31 U.S.C. §§ 5317, 5317(c)(1), and 5317(c)(2), to be disposed of according to law, including all right, title, and interest of Sarith Chim, Sdey Chim, David Ruem, Chanrath Yim Yath, Chanrou Yath, Phally Thach, Raeb Chou, Chantha Chim, Phary David Chim, Cindy Doeum, Loc Huu Chau, Say Eng, and Chande Chim.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

///
///
///
///
///

3.   The Internal Revenue Service – Criminal Investigations, U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   November 29, 2016                  _____
                                            SENIOR  DISTRICT  JUDGE